## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **WILLIAM E. TOWNLEY,** | : | |
| **Plaintiff,** | : | |
| **vs.** | : | **CIVIL ACTION 06-00686-WS-C** |
| **MICHAEL J. ASTRUE,**<br>**Commissioner of Social Security,** | : | |
| | : | |
| **Defendant.** | | |

## ORDER

After due and proper consideration of all portions of  this file deemed relevant to the
issues raised, and there having been no objections filed, the recommendation of the Magistrate
Judge made under 28 U.S.C. § 636(b)(l)(B) and dated April 3, 2007 is **ADOPTED** as the
opinion of this Court.

**DONE** and **ORDERED** this 2nd day of May, 2007.


s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE