IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

WILLIAM E. TOWNLEY,            :

    Plaintiff,                 :

vs.                            :       CA 06-0686-WS-C

MICHAEL J. ASTRUE,             :
Commissioner of Social Security,
                               :
    Defendant.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated July 20, 2007 is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this 21st day of August, 2007.

                                          s/WILLIAM H. STEELE
                                          UNITED STATES DISTRICT JUDGE