IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

WILLIAM E. TOWNLEY,              :

    Plaintiff,                         :

vs.                                          :        CA 06-0686-WS-C

MICHAEL J. ASTRUE,              :
Commissioner of Social Security,
                                        :
    Defendant.

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff be awarded reasonable attorney's fees in the amount of $719.82 under the Equal Access to Justice Act, representing compensation for 4.5 hours of service by Wendy A. Pierce, Esquire, at the cost-of-living-adjusted rate of $159.96 an hour, and litigation expenses of $22.63; the total award due and owing plaintiff is $742.45.

    **DONE** and **ORDERED** this 21st day of August, 2007.

                                                        s/WILLIAM H. STEELE
                                                         UNITED STATES DISTRICT JUDGE